UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                               8:09-cr-141-T-33AEP

WILMER VIAMONTES
_____/

**ORDER**

This matter comes before the Court for consideration of United States Magistrate Judge Anthony E. Porcelli's Report and Recommendation (Doc. # 148), issued on May 6, 2010, which recommends that Defendant Viamontes' Motion to Suppress Physical Evidence (Doc. # 139) be denied. Defendant filed his Objection to Report and Recommendation on Motion to Suppress on May 13, 2010 (Doc. # 154)

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo. Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993). However, a district judge must make a de novo determination of those portions of the report and recommendation to which an objection is made. 28 U.S.C. § 636(b)(1)(C). District judges must "give fresh consideration to those issues to which specific objections have been made by a

party." Jeffrey S. by Ernest S. v. State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990)(internal citations omitted). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law and those portions of the Report and Recommendation to which objection was made, the Court accepts the factual findings and legal conclusions of the Magistrate Judge and the recommendation of the Magistrate Judge regarding the motion.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

1. United States Magistrate Judge Anthony E. Porcelli's Report and Recommendation (Doc. # 148) is **ACCEPTED** and **ADOPTED.** Defendant's objections (Doc. # 154) are overruled.

2. Defendant Viamontes' Motion to Suppress Physical Evidence (Doc. # 139) is **DENIED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 19th day of May, 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE